IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PARRISH BRYANT GARVIN,** ) | **CV F 04-6359 OWW WMW HC** |
| ) | |
| Petitioner, ) | **ORDER DISMISSING** |
| ) | **PETITION FOR WRIT OF** |
| v. ) | **HABEAS CORPUS** |
| ) | |
| **JEANNE WOODFORD, DIRECTOR,** ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  This case was originally filed in the Sacramento Division, and was transferred to this court on October 5, 2004.  However, an order was entered in this court on March 7, 2000, in case number CV F 00-5140 AWI LJP P, declaring Petitioner to be a vexatious litigant and requiring pre-filing review of all future habeas corpus petition.  The court finds, therefore, that the present case was filed in error.

    Accordingly, IT IS HEREBY ORDERED AS FOLLOWS:

1)    The present petition for writ of habeas corpus is DISMISSED;

2) The Clerk of the Court is directed to close this case and to enter judgment for Respondent; and

3) Petitioner is informed that he may resubmit his petition to this court for review in compliance with the order of March 7, 2000.

IT IS SO ORDERED.

Dated: **September 1, 2005**        **/s/ Oliver W. Wanger**
emm0d6                                           UNITED STATES DISTRICT JUDGE